

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00306-CV

Christopher **DE LOS SANTOS** As Next Friend on Behalf of C.D.L.S. and V.D.L.S., Minor Children,
Appellant

v.

**SUPERIOR SHUTTLE, LLC** and Heather Contreras,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03550
Honorable Martha Tanner, Judge Presiding

# O R D E R

The reporter's record in this appeal was due September 21, 2021. However, appellant did not identify a court reporter on his docketing statement. On September 21, 2021, appellant filed an opposed motion to extend time to file the reporter's record. In his motion, appellant states he "recently contacted the reporter responsible to make arrangements for the expedited preparation and filing of the reporter's record in this matter . . .." According to appellant, the court reporter may not have received the necessary information from the district clerk or him to prepare the record. Appellant did not identify the court reporter or state whether he has paid or made arrangements to pay for the record.

The motion is GRANTED and the reporter's record is due **no later than October 5, 2021**. However, appellant is hereby ORDERED to file written notice with this court **no later than September 27, 2021** (1) identifying the court reporter and (2) providing proof that he has paid or made arrangements to pay for the record.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court